**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 98-1479**

―――――――――

DARRELL LAMONT BAILEY,

                              Plaintiff - Appellant,

        versus

UNITED PARCEL SERVICE, INCORPORATED,

                              Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-97-1963-A)

―――――――――

Submitted: July 22, 1998         Decided: August 5, 1998

―――――――――

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Darrell Lamont Bailey, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, an Illinois inmate, appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Bailey v. UPS</u>, No. CA-97-1963-A (E.D. Va. Dec. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2